UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 03-04 T

VLADIMIR MENDOZA

MOTION FOR EXPEDITED HEARING ON
DEFENDANT'S MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10 AND 2D1.1

The defendant has filed a motion for sentence reduction under 18 U.S.C. § 3582( c ) (2) and U.S.S.G. §§ 1B1.10 and 2D1. The defendant was originally sentenced to a term of 70 months. According to the Bureau of Prisons, the defendant's release date is March 30, 2009. Defendant's 70 month sentence was the low end of level 27. If the defendant receives the two level decrease in his offense level sought by the filing of the instant motion, his guideline range would be 57 to 71 months. By this calculation, the defendant would have served his entire sentence by the date of the filing of this motion.

Although the government has objected to this motion,the defendant, in his supplemental memorandum in support of this motion, has identified an anomaly that exists in the crack drug conversion table contained in U.S.S.G. § 2D1.1. In further support of this motion, defense counsel would note that the application of

the drug conversion tables which create an anomalous increase in the defendant's offense level runs counter to the strong policy that all sentences in a multi-count indictment should run concurrent and be based on the count with the greatest statutory maximum. If the court were to accept the government's reasoning, then the count with the lower statutory maximum, the heroin delivery charge would in effect drive the defendant's sentence higher. See U.S.S.G. § 5G1.2( c ).

VLADIMIR MENDOZA,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Kenneth Madden, AUSA, Stephen Dambruch, AUSA and on Dennis Jenkins, SUSPO on the 6th day of March, 2008.

/s/ Edward C. Roy, Esquire