UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

   v.                                         Cr. No. 03-04t

VLADIMIR MENDOZA

**ORDER**

The defendant's motion for an expedited hearing on his motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B.1.10 and 2D1.1 is granted. The parties are ordered to appear before this Court on Wednesday, April 9, 2008 at 10:00 a.m. for the sole purpose of addressing the defendant's eligibility for a sentence reduction.

The defendant's presence is not required.

By Order:

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Sr. U.S. District Court Judge
Date: March 12, 2008